```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                         DISTRICT OF VERMONT
```

Sonia Lynn Kimber,                  :
    Plaintiff,                   :
                                 :
    v.                           : File No. 2:07 CV 198
                                 :
Prisoner Health Services,           :
Inc., Dale Correctional             :
Facility,                           :
    Defendants.                  :

## ORDER

The Report and Recommendation of the United States Magistrate Judge was filed April 24, 2008.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The motion to dismiss is **GRANTED** and Dale Correctional Facility is **DISMISSED** from the case.

Dated at Burlington, in the District of Vermont, this 28th day of May, 2008.

                                        <u>/s/ William K. Sessions III</u>
                                        William K. Sessions III
                                        Chief Judge